UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUWAYNE BAUGH,

                Petitioner,

-v.-

LADEON FRANCIS, et al.,

                Respondents.

25 Civ. 06702 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Before the Court is Petitioner's Petition for Writ of Habeas Corpus.  ECF No. 1.  It is hereby ORDERED that:

1. By **August 24, 2025**, Respondents shall file their response to the Petition.

2. By **August 27, 2025** at **12:00 p.m.**, Petitioner shall file any reply.

3. The parties shall hold **August 28, 2025** at **2:30 p.m.** for a hearing on the Petition in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    Petitioner shall serve this Order on the United States Attorney for the Southern District of New York by **7:00 p.m.** today, **August 21, 2025**, and file proof of service on the docket by **11:59 p.m**.

Dated:  August 21, 2025
         New York, New York

                                                JENNIFER H. REARDEN
                                                United States District Judge