**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 21, 2025

By ECF
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The parties shall file a proposed briefing schedule by **August 28, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 6.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden U.S.D.J.
> Dated: August 22, 2025

Re:   *Baugh v. Francis*, No. 25-cv-6702 (JHR)

Dear Judge Rearden:

    This Office represents the government in the above-referenced habeas corpus action. This afternoon, the Court issued an order directing the government to file a response to the petition by August 24, 2025, and the petitioner to file a reply by noon on August 27, 2025. ECF No. 4. The order also set a hearing on the petition for August 28, 2025. *Id.*

    On behalf of both parties, I write to respectfully request that the Court vacate the August 21 order (ECF No. 4), and to permit the parties to confer and file a proposed briefing schedule by August 28, 2025. Petitioner plans to file an amended petition some time next week, and counsel for the parties will confer on a briefing schedule to address the amended petition.

    We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)