

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 9, 2025

By ECF
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Baugh v. Francis*, No. 25-cv-6702 (JHR)

Dear Judge Rearden:

> Application GRANTED. The Government's return in support of its opposition to the Amended Petition will be considered timely filed.
>
> The Clerk of Court is directed to terminate ECF No. 16.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: September 10, 2025

This Office represents the government in the above-referenced habeas corpus action. The government's deadline to file its opposition to petitioner's amended petition was September 8, 2025. ECF No. 11. While the government timely filed its memorandum of law in opposition to the amended petition, along with two agency declarations, the government's "return" (ECF No. 15), a separate document containing exhibits referenced in the government's brief, was not filed until 12:18 a.m. on September 9, 2025, *i.e.*, nineteen minutes late. I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's return (ECF No. 15) is deemed timely filed. Petitioner's counsel consents to this request. The filing was delayed due to additional time involved in separating the exhibits, which were received in bulk from the agency, in a manner suitable for filing in accordance with the Court's rules. *See* S.D.N.Y. ECF Rule 5.1 (requiring that "[e]ach document filed as an exhibit must be filed as a separately numbered attachment to the main document and must be clearly titled with an objective description of the document . . . so that the nature of the exhibit and its relevance are clearly discernible without the need to open the file").

I apologize to the Court and the petitioner for the short delay in the filing of the government's return, and I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)